# Exhibit 2

| Brighton Securities - Retail Order placement and execution using an Order Execution and Management System<br><br>Infringement of the '782 patent | |
|---|---|
| **Claim 20** | **Evidence** |
| 20. A method comprising: | Brighton Securities performs a method of operating a system for transacting trades.<br><br>For example, Brighton Securities operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities.<br><br>We construct portfolios based on our assessment of a client's risk profile, investment objective(s), time horizon, withdrawal or spending needs, account restrictions (if any), and overall financial situation. Portfolios generally consist of mutual funds (either no-load or load waived, sometimes referred to as "load-at-NAV") and exchange-traded funds (ETFs), with a heavy emphasis on index-tracking funds. Some of portfolios may utilize individual equity or fixed income securities, and individual client accounts may hold individual securities. The client may place reasonable restrictions on the types of investments to be held in the portfolio, provided that such restrictions are agreed upon in writing.<br><br>Source: https://media.cmsmax.com/gvqpirwekrwc0ke4ty625/BSCM%20%20Form%20ADV%20SEC%20Part%202A%202024%20Updated.pdf<br><br>Our investment strategies principally rely on the basic principles of asset allocation and diversification. **Asset allocation** generally refers to the decision to invest across multiple asset classes with the aim of balancing risk and return. We believe that the decision setting the allocation among various asset classes, such as stocks, bonds and cash, and their respective sub-classes, is the single most important determinant of portfolio performance. We believe it is more important, over the long-term, than individual security selection. **Diversification** refers to investing broadly within an asset class by using a number of investments to minimize the impact of poor performance of an individual security on the overall portfolio. |

| | |
|---|---|
| | Source: https://media.cmsmax.com/gvqpirwekrwc0ke4ty625/BSCM%20%20Form%20ADV%20SEC%20Part%202A%202024%20Updated.pdf<br><br>**Transaction-Based Fees**<br>You will pay transaction-based fees for trades you decide to enter into, such as buying or selling stocks, bonds, Exchange Traded Products (ETPs), mutual funds, annuity contracts, exercising options and making other investment purchases and sales. These transaction-based fees are generally referred to as a “commission”, “markup”, “sales load”, or a “sales charge”. Transaction-Based fees are based on several factors, including, but not limited to:<br><br>Source: https://media.cmsmax.com/gvqpirwekrwc0ke4ty625/reg-bi_1.pdf |
| associating a plurality of trading entities each with an identifier using a processor implemented at least partly in hardware; | The system operated by Brighton Securities, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.<br><br>For example, Brighton Securities provides securities trading services to multiple clients, some of which are individual investors. Brighton Securities provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client.<br><br>**Item 7- Types of Clients**<br><br>We provide investment advisory and financial planning services primarily to individuals, but also to trusts, estates, pension and profit sharing plans, corporations or other business entities. We do not maintain express account minimums.<br><br>**Investment Advisory Services.** We provide clients with investment management services with respect to their investment accounts. Our clients are primarily individuals and their families, but we also offer services to trustees, executors, qualified retirement plans, and business entities. |

| | |
|---|---|
| | Source: https://media.cmsmax.com/gvqpirwekrwc0ke4ty625/BSCM%20%20Form%20ADV%20SEC%20Part%202A%202024%20Updated.pdf<br><br>We construct portfolios based on our assessment of a client's risk profile, investment objective(s), time horizon, withdrawal or spending needs, account restrictions (if any), and overall financial situation. Portfolios generally consist of mutual funds (either no-load or load waived, sometimes referred to as "load-at-NAV") and exchange-traded funds (ETFs), with a heavy emphasis on index-tracking funds. Some of portfolios may utilize individual equity or fixed income securities, and individual client accounts may hold individual securities. The client may place reasonable restrictions on the types of investments to be held in the portfolio, provided that such restrictions are agreed upon in writing.<br><br>Source: https://media.cmsmax.com/gvqpirwekrwc0ke4ty625/BSCM%20%20Form%20ADV%20SEC%20Part%202A%202024%20Updated.pdf |

| | |
|---|---|
| | **Our Mission**<br><br>Brighton Securities is there for individuals, couples, families, and companies seeking a trusted financial services partner to guide them on their journey toward wealth accumulation, wealth management and financial security.<br><br>At Brighton Securities, we'll be there every step of the way serving as a confident, trusted advisor and friend. We'll celebrate all your life milestones by developing and executing financial strategies to support you at every life stage – helping you build and protect your wealth to ensure the lifestyle you desire.<br><br>As your trusted financial partner, we will always advocate for your success.<br><br>Source: https://www.brightonsecurities.com/about |
| acquiring trade history information including a histories of trading transactions associated with a plurality of said identifiers using a processor implemented at least partly in hardware; | The system operated by Brighton Securities acquires trade history information including histories of trading transactions associated with the identifiers.<br><br>For example, using the order execution and management system, Brighton Securities provides securities trading services in the form of trading transactions to Brighton Securities clients. The system stores the trading transactions according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier. |

| | |
|---|---|
| | **Why We Collect and How We Use Information**<br>Brighton collects and provides access to customer information, including Non-public Personal Information("NPI") and Personally Identifiable Financial Information (PIFI), within the firm and to nonaffiliated companies with whom we have entered into agreements so that we may conduct regular business, administer, manage, service, and provide related services for client accounts. Such information includes but is not limited to:<br>• Information we receive from client applications such as name, social security number, address, assets, income, investment experience, etc.<br>• Information about your transactions with us or others such as account information, payment history, parties to transactions, etc.<br>• Information concerning your account transactions.<br>• Information about your financial products with Brighton.<br><br>**Customer Identity Verification**<br>Under the USA Patriot Act, Brighton is obligated to verify the identity of each customer opening a new account. We will ask for your name, address, date of birth, and other NPI that will allow us to identify you, including asking to see your driver's license or other government-issued identification. Please understand that if we are unable to verify the identity of all the owners of any account within a reasonable time, we may, at any time, at our sole discretion, without providing advance notice, close the account.<br><br>Source: https://www.brightonsecurities.com/privacy |
| generating profiles of said trading entities based on said histories, each said profile containing information that indicates whether trading transactions associated with a trading entity would generate a profit; and | For example, the order execution and management system used by Brighton Securities generates an account for each client. The account is associated with the trading history of that client and includes information that indicates if the client is a retail investor. Brighton Securities order execution and management system enables investors to invest in US equities, such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges. |

*Trusted Financial Partners.*
We'll Be There.

CONTACT US | CLIENT LOGIN

Rochester: 585.473.3590 / Batavia: 585.344.1850 / Lockport: 716.304.2102

BRIGHTON SECURITIES

ABOUT US / WEALTH MANAGEMENT / TAX & ACCOUNTING / CAREERS / NEWSROOM / CONTACT

Source: https://www.brightonsecurities.com/services/financial-planning

## Why We Collect and How We Use Information

Brighton collects and provides access to customer information, including Non-public Personal Information("NPI") and Personally Identifiable Financial Information (PIFI), within the firm and to nonaffiliated companies with whom we have entered into agreements so that we may conduct regular business, administer, manage, service, and provide related services for client accounts. Such information includes but is not limited to:

- Information we receive from client applications such as name, social security number, address, assets, income, investment experience, etc.
- Information about your transactions with us or others such as account information, payment history, parties to transactions, etc.
- Information concerning your account transactions.
- Information about your financial products with Brighton.

Source: https://www.brightonsecurities.com/privacy

Brighton Securities collects nonpublic Personal Identifiable Information such as

name, address, Social Security number, date of birth, and employment information that identifies a customer as a retail investor as opposed to an institutional investor. Such information is needed to provide financial services, including mailing statements and transaction confirmation, and to ensure that their employees do not provide investment, legal or tax advice to retail investors. Brighton Securities periodically reviews transaction history such as account balance and trading activity.

### Why We Collect and How We Use Information

Brighton collects and provides access to customer information, including Non-public Personal Information("NPI") and Personally Identifiable Financial Information (PIFI), within the firm and to nonaffiliated companies with whom we have entered into agreements so that we may conduct regular business, administer, manage, service, and provide related services for client accounts. Such information includes but is not limited to:

- Information we receive from client applications such as name, social security number, address, assets, income, investment experience, etc.
- Information about your transactions with us or others such as account information, payment history, parties to transactions, etc.
- Information concerning your account transactions.
- Information about your financial products with Brighton.

Source: https://www.brightonsecurities.com/privacy

We treat the confidentiality of your personal information as a standard practice; you don't need to request it. We do not share customer information with affiliates of Wells Fargo Clearing Services, LLC or with outside companies, except in limited circumstances as permitted or required by law. For example, we may share information to help prevent fraud, respond to regulators or government agencies, or comply with legal obligations such as subpoenas. We may also provide information to trusted service providers who support our business operations, like mailing account statements or to companies whose shares you own so they can maintain accurate shareholder records.

Source: https://www.brightonsecurities.com/privacy

| | |
|---|---|
| | When the client is a retail investor, a trading transaction for a security that is executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security.<br><br>Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example, under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive "economic benefits" Those benefits include NYSE transaction fee reductions and credits (see amounts from the "New York Stock Exchange Price List 2025" below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.<br><br>Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore, a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs. |

| | | |
|---|---|---|
| | **Fees and Credits Applicable to Executions in the Retail Liquidity Program**<br><br>Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) — $0.0003<br><br>Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 — $0.0003<br><br>Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order — $0.0003<br><br>Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) — No charge<br><br>Non-RLP DMM credit per share per execution of an RPI against a Retail Order — $0.0020<br><br>Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf | |

Embedded table:

| | |
|---|---|
| Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) | $0.0003 |
| Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 | $0.0003 |
| Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order | $0.0003 |
| Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) | No charge |
| Non-RLP DMM credit per share per execution of an RPI against a Retail Order | $0.0020 |

Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the price improvement under the retail program as compared to the market pricing of the same equity for non-retail market participants. Therefore, the trading entity's profile, which confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such profits.

NYSE Retail Orders and Retail Liquidity Program

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**



Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe

Markets | Cboe Data Vantage | Tradable Products | Listings | Indices | Education | About

Insights | Derivatives Market Research | Equities Market Research | Guest Author Series | Data Analytics and Indices | Our Stories | More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

Retail Program

# Overview

Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.

Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.

Source: https://www.iexexchange.io/products/retail-program#resources

**Priority & Pricing**

RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.

Eligible Retail orders and RLP orders trade for free.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

Additionally, Brighton Securities tracks transactions made by trading entities. The

entity's profile includes histories of those transactions for at least the purpose of providing transaction confirmations and account statements. Brighton Securities receives income from some routing venues in the form of payment from the venue and/or shared execution income with the venue depending on the characteristics of an order and any subsequent executions. Therefore, by virtue of the transaction history, a trading entity profile includes an indication whether trading transactions associated with the entity would generate a profit for Brighton Securities. For example, in the case where Brighton Securities would receive a payment from a venue or a share in execution income for a trading transaction or subsequent transaction.

**Why We Collect and How We Use Information**

Brighton collects and provides access to customer information, including Non-public Personal Information("NPI") and Personally Identifiable Financial Information (PIFI), within the firm and to nonaffiliated companies with whom we have entered into agreements so that we may conduct regular business, administer, manage, service, and provide related services for client accounts. Such information includes but is not limited to:

- Information we receive from client applications such as name, social security number, address, assets, income, investment experience, etc.
- Information about your transactions with us or others such as account information, payment history, parties to transactions, etc.
- Information concerning your account transactions.
- Information about your financial products with Brighton.

Source: https://www.brightonsecurities.com/privacy

We treat the confidentiality of your personal information as a standard practice; you don't need to request it. We do not share customer information with affiliates of Wells Fargo Clearing Services, LLC or with outside companies, except in limited circumstances as permitted or required by law. For example, we may share information to help prevent fraud, respond to regulators or government agencies, or comply with legal obligations such as subpoenas. We may also provide information to trusted service providers who support our business operations, like mailing account statements or to companies whose shares you own so they can maintain accurate shareholder records.

| | |
|---|---|
| | Source: https://www.brightonsecurities.com/privacy<br><br>Our conflicts of interest are typically the result of compensation structures and other financial arrangements between us, our Financial Advisor/Professionals, our clients and third parties. We offer a broad range of investment services and products and we receive various forms of compensation from our clients, affiliated and non-affiliated product providers, money managers, and other third parties as described above. Securities rules allow for us, our Financial Advisor/Professionals, and our affiliates to earn compensation when we provide brokerage services to you. However, the compensation that we and our Financial Advisor/ Professionals receive varies based upon the product or service you purchase, which creates a financial incentive to recommend investment products and services that generate greater compensation to us.<br><br>Source: https://media.cmsmax.com/gvqpirwekrwc0ke4ty625/reg-bi_1.pdf<br><br>**Order Routing**<br><br>SEC Rule 606 requires brokers that route equity and option orders to make available quarterly reports (broken out by months) that provide statistical details regarding their routing practices. The report details the market centers (e.g. exchanges, market makers or alternative trading systems) that brokers route to and the material aspects of the brokers' relationship with those market centers. Brighton Securities exclusively routes order to Wells Fargo Clearing Services, LLC. for execution. As such, Brighton adopts Wells Fargo Clearing Services LLC's quarterly order routing 606 report as its own. Brighton is not party to any Payment for Order Flow Arrangements. For more information regarding our clearing arrangement with Wells Fargo Clearing Services LLC, including order routing and best execution practices, incentives received, and conflicts of interest, please review Brighton's ADV Part II which can be found on our Disclosures page or contact your Financial Advisor.<br><br>Under SEC Rule 606(b)(1), customers may request specific order routing and execution information for the preceding six months. The information will include the identity of the venue where your orders were routed for execution, whether the orders were directed or non-directed, and if executed, the time of execution. Please contact your Financial Advisor to request specific order routing and execution information.<br><br>Source: https://www.brightonsecurities.com/disclosures/order-routing-practices |
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the | For example, Brighton Securities receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program. |

| | |
|---|---|
| offer being processed through an exchange that processes trading transactions for items having a bid/offer spread, using a processor implemented at least partly in hardware. | Brighton Securities sends equity orders to exchanges, electronics communication networks or broker-dealers. The order routing decisions are based on a number of factors, including the opportunity for price improvement. Brighton Securities regularly reviews routing decisions to ensure that the orders meet Brighton Securities' duty of best execution.<br><br>**Order Routing**<br><br>SEC Rule 606 requires brokers that route equity and option orders to make available quarterly reports (broken out by months) that provide statistical details regarding their routing practices. The report details the market centers (e.g. exchanges, market makers or alternative trading systems) that brokers route to and the material aspects of the brokers' relationship with those market centers. Brighton Securities exclusively routes order to Wells Fargo Clearing Services, LLC. for execution. As such, Brighton adopts Wells Fargo Clearing Services LLC's quarterly order routing 606 report as its own. Brighton is not party to any Payment for Order Flow Arrangements. For more information regarding our clearing arrangement with Wells Fargo Clearing Services LLC, including order routing and best execution practices, incentives received, and conflicts of interest, please review Brighton's ADV Part II which can be found on our Disclosures page or contact your Financial Advisor.<br><br>Under SEC Rule 606(b)(1), customers may request specific order routing and execution information for the preceding six months. The information will include the identity of the venue where your orders were routed for execution, whether the orders were directed or non-directed, and if executed, the time of execution. Please contact your Financial Advisor to request specific order routing and execution information.<br><br>Source: https://www.brightonsecurities.com/disclosures/order-routing-practices<br><br>**NYSE Retail Orders and Retail Liquidity Program**<br><br>**Retail Order Overview**<br><br>A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size. |

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

## Orders

**Retail Order**

Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.

Retail Orders will always receive the most price improvement possible.

Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:

- Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.
- Must be submitted with an explicit limit price.
- May not be submitted in sub-penny increments.
- Must be submitted through a Retail Only Port.

**Retail Price Improvement Order (RPI Order)**

RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.

All RPI orders are booked in accordance with a price-time priority.

RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.

Additionally, RPI orders must meet the following conditions:

- Must be submitted with a limit price.
- RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.
- Must be submitted for securities priced greater than $1.00.
- Must be submitted with a minimum increment of $0.001.

nasdaq.com/solutions/equities 1

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

| | |
|---|---|
| | **Cboe Retail Orders and Retail Liquidity Program**<br><br>Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/<br><br>**IEX Retail Orders and Retail Liquidity Program** |

# Retail Order Type

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.

## Overview

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.

### Retail Order Details

Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.

Source: https://www.iexexchange.io/products/retail-program#resources

# Retail Liquidity Provider

Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.

## Retail Liquidity Provider Details

Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).

RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf